

## NUMBER 13-12-00336-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**REY ESQUIVEL D/B/A ESQUIVEL
BAIL BONDS,**                                                            **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                  **Appellee.**

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Appellant, Rey Esquivel d/b/a Esquivel Bail Bonds, filed an appeal from a judgment rendered against him in favor of appellee, The State of Texas. On January 29, 2013, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on April 22, 2012, and that the deputy district clerk, Jesus Cantu,

had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that unless arrangements to pay for the clerk's record and proof of payment is provided to this Court within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
2nd day of May, 2013.